APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: ELAINE ABRAHAMSON    BRUCE ABRAHAMSON

STREET ADDRESS: P.O. Box 3443    175 E. DELAWARE PL #8510
MUNSTER    CHICAGO

CITY/STATE/ZIP: INDIANA 46321    ILLINOIS 60611

PHONE NUMBER: 312-943-7777    312-943-7777

CASE NUMBER: 08CV4299 JUDGE ZAGEL MAG. JUDGE COX

Signature: Elaine Abrahamson / Bruce Abrahamson

Date: 7-29-08

FILED
JUL 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT